# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: VICKI B. HIRSCH            CASE NO. 18-11317

      DEBTOR                                  SECTION "A"

                                                            CHAPTER 13

## **OBJECTIONS TO CHAPTER 13 PLAN**

**COMES NOW**, through undersigned counsel, Rushmore Loan Management Services, as servicer for Capital One NA ("Creditor"), a secured creditor, who objects to the debtor(s) Chapter 13 Plan on the following grounds:

1.

The Plan is contrary to the provisions of 11 U.S.C.A. §1325(a)(5)(B)(ii), because the Plan fails to provide to Creditor the value, as of the effective date of the Plan, of property to be distributed under the Plan, on account of Creditor's secured claim, which is not less than the allowed amount of Creditor's secured claim.

2.

Creditor is the holder in due course and for valuable consideration of a Promissory Note and Mortgage, dated December 14, 2007, in the principal sum of FORTY-FIVE THOUSAND AND 00/100 ($45,000.00) DOLLARS, bearing interest at the rate of SEVEN AND 54/100 (7.54%) PERCENT per annum, and executed by the debtor(s). Upon information and belief, the Mortgage affects only immovable property constituting the debtor(s) principal residence.

3.

The debtor(s) proposed *Chapter 13 Plan* provides that Creditor receive its regular monthly payments direct and outside the *Chapter 13 Plan* from the debtor(s), with ongoing monthly installment, stated to be FIVE HUNDRED AND 00/100 ($500.00) DOLLARS, and pre-petition

arrearages stated to be TWELVE THOUSAND AND 00/100 ($12,000.00) DOLLARS over the life of the Plan.

4.

Creditor objects to the understatement in pre-petition arrearages as contained in the debtor(s) *Chapter 13 Plan*. Creditor alleges that the correct amount of pre-petition arrearages existing on the debtor(s) account with Creditor, on the date of filing the instant bankruptcy proceedings, was the sum of FIFTY-TWO THOUSAND THREE HUNDRED EIGHTY-NINE AND 87/100 ($52,389.87) DOLLARS, as of the date of filing of these proceedings.

5.

Creditor respectfully requests that the debtor(s) *Chapter 13 Plan* be amended to provide for the payment of the correct amount of pre-petition arrearages in the amount of FIFTY-TWO THOUSAND THREE HUNDRED EIGHTY-NINE AND 87/100 ($52,389.87) DOLLARS.

**WHEREFORE, CREDITOR PRAYS** that confirmation of the debtor(s) Chapter 13 Plan be denied and that this case be dismissed or converted to a case under Chapter 7 of the Bankruptcy Code, or alternatively, that the debtor(s) plan be amended to cure the foregoing objections.

Baton Rouge, Louisiana, the   2nd   day of   July  , 2018.

RESPECTFULLY SUBMITTED:

LAW OFFICES OF HERSCHEL C. ADCOCK, JR.
BY: /S/ HERSCHEL C. ADCOCK, JR.
HERSCHEL C. ADCOCK, JR. (LBRN: 17903)
ALICIA B. COOK (LBRN: 33072)
P. O. BOX 87379
BATON ROUGE, LA 70879-8379
PHONE: (225) 756-0373
OUR FILE NO. 33107.B

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: VICKI B. HIRSCH            CASE NO. 18-11317

       DEBTOR                                   SECTION "A"

                                                                               CHAPTER 13

## **CERTIFICATE OF SERVICE**

I, Herschel C. Adcock, Jr., do hereby certify that on the __2nd__ day of __July__, 2018 that I did cause this **Objection to Confirmation of Chapter 13 Plan** to be delivered to all interested parties of record described below by the following method:

*Placing a copy in the US mail, properly addressed & postage prepaid.*

     **Vicki B. Hirsch**
     4318 S. Rocheblave Street
     New Orleans, LA 70125

*Confirming that the Clerk of Court has transmitted, or by personally transmitting a copy of this pleading by attaching it in PDF format to electronic mail that was sent to the appropriate email address identified by the interested party.*

     **Kevin K. Gipson;** Attorney for Debtor(s)
     kevinkgipson@gmail.com

     **S. J. Beaulieu, Jr.;** Chapter 13 Trustee
     ecf@ch13no.com

     **U.S. Trustee**
     Office of the U.S. Trustee
     USTPRegion05.NR.ECF@usdoj.gov

Baton Rouge, Louisiana, the __2nd__ day of __July__, 2018.

                                            BY: /S/ HERSCHEL C. ADCOCK, JR.
                                                  HERSCHEL C. ADCOCK, JR.